445 A.2d 101

**COMMONWEALTH of Pennsylvania**

v.

**Aaron PINKNEY, Appellant.**

Supreme Court of Pennsylvania.

Argued April 21, 1982.

Decided May 19, 1982.

Rhonda Lee Daniele, Asst. Public Defender, Linda DiCicco, Norristown, for appellant.

Ronald T. Williamson, Chief, Appeals Div., David M. McGlaughlin, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

Appeal, 267 Pa.Super. 288, 406 A.2d 1045, dismissed as having been improvidently granted.